JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| C&SM INT'L, a South Korea Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>NOTATIONS, INC., a Pennsylvania corporation; BURLINGTON STORES, INC., a New Jersey Corporation; MACY'S RETAIL HOLDINGS, INC., a Delaware Corporation; MACY'S, INC., a New York Corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No: 2:17-cv-01023-JFW-FFM<br><br>**ORDER RE STIPULATION FOR DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)**<br><br>*Honorable John F. Walter* |

The parties having so stipulated and agreed, the above-referenced case is hereby dismissed with prejudice and without an award of costs or fees to any party. Each party shall bear their costs and attorney fees.

IT IS SO ORDERED.

Dated: August 25, 2017

_____
The Honorable John F. Walter
United Stated District Court Judge